UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SAND STORGE, LLC, *et al*,<br><br>　　　Plaintiffs,<br>VS.<br><br>TRICAN WELL SERVICE, L.P., *et al*,<br><br>　　　Defendants. | §<br>§<br>§<br>§　CIVIL ACTION NO. 2:13-CV-303<br>§<br>§<br>§<br>§ |

## ORDER

Pending before the Court is Plaintiff Sand Storage, LLC's ("Sand Storage") motion for attorneys' fees (D.E. 309) and Defendants Trican Well Service, L.P. and Trilib Management, LLC's (collectively, "Trican") objection (D.E. 310). The Court requests further briefing on whether attorneys' fees are recoverable under the facts of this case.

The Court ORDERS Sand Storage to file a supplemental brief addressing whether Sand Storage is entitled to attorneys' fees under the contract or by statute based on the facts of this case. Such brief is due on or before August 5, 2015. Trican may file a response to Sand Storage's supplemental brief on or before August 12, 2015. No further briefing will be allowed unless further ordered by the Court.

　　ORDERED this 29th day of July, 2015.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NELVA GONZALES RAMOS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE